UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES C. MURRAY ]
    Petitioner, ]
]
v. ] No. 3:05-0365
] Judge Trauger
WAYNE BRANDON, WARDEN ]
    Respondent. ]

## O R D E R

The Court has before it a *pro se* prisoner petition (Docket Entry No. 1) under 28 U.S.C. § 2254, for writ of habeas corpus, and the respondent's Answer (Docket Entry No. 6) to the petition.

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in the petition for writ of habeas corpus. Accordingly, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge